**Lorenzo CABRERA, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 15-73938

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 *

Filed July 3, 2017

Douglas Jalaie, Esquire, Attorney, The Law Office of Douglas Jalaie, Los Angeles, CA, for Petitioner

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Jennifer R. Khouri, Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM **

Lorenzo Cabrera, a native and citizen of Mexico, petitions for review of the immigration judge's ("IJ") determination under 8 C.F.R. § 1208.31(a) that he did not have a reasonable fear of torture and thus is not entitled to relief from his reinstated removal order. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the IJ's factual findings. *Andrade-Garcia v. Lynch,* 828 F.3d 829, 836 (9th Cir. 2016). We deny the petition for review.

Substantial evidence supports the IJ's determination that Cabrera failed to demonstrate a reasonable possibility of torture by or with the consent or acquiescence of the government of Mexico. *See Zheng v. Holder,* 644 F.3d 829, 835-36 (9th Cir. 2011) (fear of torture speculative); *Dhital v. Mukasey,* 532 F.3d 1044, 1051-52 (9th Cir. 2008) (evidence did not indicate a particularized threat of torture to petitioner).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.